New Yopk.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Fay Bechtol Ney v. K. Winfield Ney.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Charles R. De Bevoise Company, a Foreign Corporation, v. La Rose Shop, Inc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Bessie Ross and Another v. Nathan M. Padgug and Others, Impleaded with Lafayette Finance Corporation.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Samuel Pankowitz and Another v. John B. Coppola.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Alida V. Harris v. Charles Deutsch.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Pacific Fire Insurance Company v. L. A. D. Motors Corporation.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Harry Goldberg v. Tpinity Coal Corporation.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Pauline Zysman v. Jacob Zysman.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Samuel Steinberg v. Malcolm S. Mackay and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Fincb, McAvoy and Sherman, JJ.

In the Matter of the Application of The City of New York to Acquire Title to the Lands Embraced within the Addition to Fort Washington Park. Empire Mortgage Company, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch and Sherman, JJ.

In the Matter of the Application of The City of New York to Acquire Title to the Lands Embraced within the Addition to Fort Washington Park. En:pire Mortgage Company, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch and Sherman, JJ.

In the Matter of the Application of The City of New York to Acquire Title to the Lands Embraced within the Addition to Fort Washington Park. Empire Mortgage Company, Appellant.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch and Sherman, JJ.

Harold Rodner v. Richmond Gardens Realty Corporation, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Laura M. Hamill v. John Hancock Mutual Life Insurance Company.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

Commercial Casualty Insurance Company v. Hay Foundry & Iron Works, Inc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.